No. 10–6391.  McMullan v. Roper, Superintendent, Potosi Correctional Center.  C. A. 8th Cir.  Certiorari denied.

No. 10–6392.  Johnson v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 10–6393.  Jones v. City of North Platte, Nebraska, et al.  C. A. 8th Cir.  Certiorari denied.

No. 10–6395.  Stradley v. Eagleton, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 10–6397.  Johnson v. Oregon.  Ct. App. Ore.  Certiorari denied.

No. 10–6416.  Keys v. Michigan.  Cir. Ct. Eaton County, Mich.  Certiorari denied.

No. 10–6420.  Brown v. Smith.  C. A. 8th Cir.  Certiorari denied.

No. 10–6429.  Martel v. McNeil, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 10–6430.  White v. Hathaway et al.  C. A. 6th Cir.  Certiorari denied.

No. 10–6432.  Wright v. California.  Sup. Ct. Cal.  Certiorari denied.

No. 10–6436.  McDaniel v. Missouri.  C. A. 8th Cir.  Certiorari denied.

No. 10–6442.  Tolliver v. Sheets, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 10–6443.  Yoh v. Pallito, Commissioner, Vermont Department of Corrections.  C. A. 2d Cir.  Certiorari denied.

No. 10–6444.  Trujillo v. Province, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 10–6448.  Obriecht v. Thurmer, Warden.  C. A. 7th Cir.  Certiorari denied.